1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LORRAINE LONIAN, | ) Case No. EDCV 10-530 JC |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: November 24, 2010

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE